AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

United States District Court
Southern District of Texas
FILED
JUL 1 2 2017
David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Joshua Jeremiah CARDENAS, YOB: 1998 USC

## CRIMINAL COMPLAINT

CASE NUMBER: M-17-1243-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __07/11/2017__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute approx. 156 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute approx. 156 kilograms or more of Marijuana, a Schedule I Controlled Substance

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Task Force Officer__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:  X Yes   No

approved by
[signature]

Signature of Complainant
Joe Aguilar, DEA Task Force Officer

Sworn to before me and subscribed in my presence,

July 12, 2015        8:25 a.m.       At    McAllen, Texas
Date                                       City and State

Peter Ormsby, U.S. Magistrate Judge            [signature]
Name & Title of Judicial Officer               Signature of Judicial Officer

# Attachment

On July 11, 2017, at approximately 2:00 p.m., U.S. Border Patrol Agent Zachary Clendenen observed several subjects in Mexico carrying bundles south of an area known as Shuffords Fields in Rio Grande City, Texas. At that time, Border Patrol Agents Christopher Eggleston and Annjeri Workman responded to the area. At approximately 4:00 p.m., Border Patrol Agents observed an orange sport utility vehicle (later identified as a 2003 Infiniti) drive through Shuffords Fields towards the Rio Grande River.

Border Patrol Agent Kurt Kruger intercepted the Infiniti at the main entrance to Shuffords Fields near Kirkland Street as the Infiniti as it was driving away from the River. At that time, the driver (identified as Joshua Jeremiah CARDENAS), and a co-conspirator exited the Infiniti and ran into some nearby brush. Border Patrol Agent Kruger maintained visual on CARDENAS and pursued him until Border Patrol Agent Bruce Garza arrived on scene. At that time, CARDENAS was apprehended and the co-conspirator was not located.

Border Patrol Agents searched the Infiniti and observed approximately thirty (30) bricks wrapped in brown packaging tape further containing a green leafy substance consistent with marijuana. Border Patrol Agents tested the green leafy substance and determined it tested positive for marijuana. The total weight of the marijuana was approximately 156 kilograms.

On July 11, 2017, DEA Task Force Officers Joe Aguilar and Cosme Muniz responded to the Rio Grande City Border Patrol Station where CARDENAS was being processed and held. CARDENAS was advised of his Miranda Rights in English and advised that he wanted to talk to Agents. CARDENAS advised that he was contacted on July 11, 2017 by a co-conspirator to pick up approximately one hundred (100) pounds of marijuana from the River in Rio Grande City, Texas. CARDENAS traveled to Rio Grande City, Texas where he met with the co-conspirator to wait for the marijuana. On the way to the River, CARDENAS picked up an unknown male who pointed a firearm at him and demanded CARDENAS drive to the River. Once at the River, CARDENAS remained in his vehicle (Infiniti) while multiple subjects loaded marijuana into his vehicle. Once CARDENAS observed Border Patrol Agents, he and the subject in his vehicle took off running. CARDENAS advised that he was apprehended a short distance from where his vehicle was and the passenger was not located.